SEALED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| v. | * | SECTION: |
| JOSEPH RIVERA | * | 15-266 |
| * * * | | SECT. J MAG. 4 |

ORDER

Having considered the motion of the United States to seal the indictment and the Motion and Order to Seal,

**IT IS HEREBY ORDERED** that the Clerk of Court for the Eastern District of Louisiana seal the indictment in the above-captioned matter and this motion and order to seal after providing the United States Attorney's Office for the Eastern District of Louisiana a certified copy of the indictment.

New Orleans, Louisiana, this 5th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____