FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2015 NOV -6 P 2:45

WILLIAM W. BLEVINS
CLERK  G

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 15-266** |
| v. | * | **SECTION: "J"** |
| **JOSEPH RIVERA** | * | |

                                           *        *        *

## MOTION AND INCORPORATED MEMORANDUM TO UNSEAL INDICTMENT

NOW INTO COURT, comes the United States of America, appearing herein through the undersigned Assistant United States Attorney and moves this Honorable Court to unseal the indictment in the above-captioned case for the foregoing reason:

The defendant has been arrested, therefore it is not necessary for the indictment to remain sealed.

Respectfully Submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

_____
JORDAN GINSBERG
Assistant United States Attorney
United States Attorney's Office,
Eastern District of Louisiana
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3000
Email: jordan.ginsberg@usdoj.com

\_\_\_Fee  USA
\_\_\_Process\_\_\_\_\_
_X_Dktd \_\_\_\_\_
\_\_\_CtRmDep\_\_\_\_\_
\_\_\_Doc. No.\_\_\_\_\_