UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                         NO. 15-00266

VERSUS                                            Section "J"

JOSEPH RIVERA

### UNOPPOSED MOTION TO CONTINUE PRE-TRIAL CONFERENCE

NOW INTO COURT, comes Defendant, through under-signed counsel, who respectfully asks this honorable Court for a continuance of the pre-trial conference in this matter, presently set for January 28, 2016, for the following reason, to wit:

The Government is still satisfying some of the Defendant's discovery requests. Defense counsel is still reviewing discovery and seeking the opinion of a computer forensics expert.

AUSA Jordan Ginsberg expressed no objection to the requested continuance.

WHEREFORE, considering the foregoing, JOSEPH RIVERA, through his attorney, moves this Court to continue the pre-trial conference currently set for January 28, 2016.

Respectfully Submitted:

___/s/Elizabeth B Carpenter_____

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La.  70170
Office: 504-599-5955
Cell: 504-373-4624

**CERTIFICATE OF SERVICE**

I hereby certify that I HAVE THIS DATE ELECTRONICALLY FILED THE ABOVE REFERENCED Motion, which will be electronically delivered to Assistant United States Attorney, Jordan Ginsberg at Jordan.Ginsberg@usdoj.gov.

Dated: January 25, 2016

⎯⎯⎯⎯⎯⎯*s/Elizabeth B Carpenter*⎯⎯⎯⎯⎯⎯

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La.  70170
Office: 504-599-5955
Cell: 504-373-4624