UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 15-00266 |
| VERSUS | Section "J" |
| JOSEPH RIVERA | |

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## **NOTICE OF COMPLIANCE WITH ORDER TO NAME EXPERT**

NOW INTO COURT, comes the Defendant, Joseph Rivera, through undersigned counsel who hereby gives notice to this honorable Court that the Defendant has named an expert in this matter and informed the United States of the same. The defense's expert is Christopher Soghoian, Ph.D. with the American Civil Liberties Union.

Respectfully Submitted:

___/s/Elizabeth B Carpenter_____

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La. 70170
Office: 504-599-5955
Cell: 504-373-4624

# CERTIFICATE OF SERVICE

I hereby certify that I HAVE THIS DATE ELECTRONICALLY FILED THE ABOVE REFERENCED Motion, which will be electronically delivered to Assistant United States Attorney, Jordan Ginsberg at Jordan.Ginsberg@usdoj.gov.

Dated: March 29, 2016

                                          _____*s/Elizabeth B Carpenter*_____

                                          Elizabeth Bagert Carpenter (La Bar #31653)
                                          Attorney at Law
                                          201 St. Charles Ave.
                                          Suite 2500
                                          New Orleans, La. 70170
                                          Office: 504-599-5955
                                          Cell: 504-373-4624