UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



UNITED STATES OF AMERICA  NO. 15-00266

VERSUS  Section "J"

JOSEPH RIVERA

∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙∙

## DEFENSE EX-PARTE MOTION FOR LEAVE TO FILE DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL

NOW INTO COURT, through undersigned counsel, Elizabeth Bagert Carpenter, who respectfully moves this Honorable Court to grant the defense leave to file the Defendant's Motion to Suppress Evidence as well as all exhibits under seal pursuant to Rule 49.1(e) of the Federal Rules of Criminal and Rule 5.6 of the Local Rules for the following reasons:

The Defendant's motion reveals details of what the United States has designated as sensitive law enforcement operations in to the United States' Motion for a Protective Order (Dkt. No. 29). Public disclosure of these operations would jeopardize an ongoing current and future investigations.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant the defense counsel leave to file the Defendant's Motion to Suppress Evidence as well as all exhibits.

Respectfully Submitted:

/s/Elizabeth B Carpenter

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La. 70170
Office: 504-599-5955
Cell: 504-373-4624

## CERTIFICATE OF SERVICE

I hereby certify that I have this 24 day of March 2016 filed the above referenced Motion, which will be physically delivered to Assistant United States Attorney, Jordan S. Ginsberg at his office.

s/Elizabeth B Carpenter

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La. 70170
Office: 504-599-5955
Cell: 504-373-4624