UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 15-00266 |
| VERSUS | Section "J" |
| JOSEPH RIVERA | Magistrate 4 |

............................................................................

## **MOTION TO SET A HEARING**

NOW INTO COURT, comes Defendant, through under-signed counsel, who respectfully submits this motion to set a hearing date in the above captioned matter. In support of this motion, the defense offers the following:

1.

On March 22, 2016, the defense filed a Motion to Suppress Evidence with this Court.

2.

The United States is in the process of preparing its reply.

3.

Since the technology at issue in this matter is somewhat complex, the defense has retained an expert who will testify at the hearing on the Motion to Suppress. This testimony and oral argument are essential to the presentation of the defense's motion.

4.

The defense has discussed with AUSA Jordan Ginsberg its intent to request a hearing in this matter.

WHEREFORE, considering the foregoing, JOSEPH RIVERA, through his attorney, prays for this Court to set his Motion to Suppress for a hearing.

Respectfully Submitted:

___/s/Elizabeth B Carpenter_____

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La. 70170
Office: 504-599-5955
Cell: 504-373-4624

**CERTIFICATE OF SERVICE**

I hereby certify that I HAVE THIS DATE ELECTRONICALLY FILED THE ABOVE REFERENCED Motion, which will be electronically delivered to Assistant United States Attorney, Jordan Ginsberg at Jordan.Ginsberg@usdoj.gov.

Dated: April 4, 2016

_____s/Elizabeth B Carpenter_____

Elizabeth Bagert Carpenter (La Bar #31653)
Attorney at Law
201 St. Charles Ave.
Suite 2500
New Orleans, La. 70170
Office: 504-599-5955
Cell: 504-373-4624