UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 15-266 |
| JOSEPH RIVERA | SECTION: "J" (4) |

**ORDER**

Considering Defendant's *Motion to Set a Hearing* **(Rec. Doc. 40)**,

**IT IS ORDERED** that the Defendant's motion is **GRANTED**. The hearing on Defendant's pending motion **(Rec. Doc. 39)** is set for **Thursday, May 26, 2016, at 9:30 a.m.** The Government's opposition to the motion is due **Wednesday, May 18, 2016**.

New Orleans, Louisiana this 13th day of April, 2016.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE